SCHENCK, PRICE, SMITH & KING, LLP
John P. Campbell (JC-8746)
305 Broadway, Suite 900
New York, New York 10007
(212) 822-1494
*Attorneys for Defendant Hooper Evaluations, Inc.,*
*a/k/a D&D-Hooper Evaluations*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY SUNDAHL, individually and JESSE SUNDAHL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, PREFERRED CONSULTING SERVICES, INC., a New York Corporation; HOOPER EVALUATIONS, INC. a/k/a D&D-HOOPER EVALUATIONS, a New York Corporation; JOHN AND JANE DOES; ABC CORPORATIONS; and OTHER UNKNOWN ENTITIES<br>　　　　　　　Defendants. | Case No.: 2:08-CV-1342-JS-WDW<br><br><u>NOTICE OF CROSS-MOTION<br>TO DISMISS</u> |

**PLEASE TAKE NOTICE** that, upon the attached memorandum of law, dated June 16, 2008, and all prior pleadings and proceedings heretofore had herein, Defendant Hooper Evaluations, Inc., a/ka/ D&D-Hooper Evaluations ("Hooper") will cross-move this Court before the Honorable Joanna Seybert, at the United States Courthouse, Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Central Islip, New York 11722-9014, for an Order, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6), dismissing Plaintiffs' Complaint as to Defendant Hooper Evaluations, Inc., a/ka/ D&D-Hooper Evaluations for failure to state a claim, and dismissing any remaining state law claims for lack of federal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b) and Judge Seybert's Individual Motion Practices, any opposing affidavits and answering memorandum of law must be served and filed electronically with the Court within ten days after service of the moving papers.

Dated:  Morristown, New Jersey
        June 16, 2008

SCHENCK, PRICE, SMITH & KING, LLP

/s/ John P. Campbell (JC-8746)_____
John P. Campbell (JC-8746)
305 Broadway, Suite 900
New York, New York 10007
(212) 822-1494
*Attorneys for Defendant Hooper Evaluations, Inc., a/k/a D&D-Hooper Evaluations*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all counsel of record by electronic notice from the Court's CM/ECF system on this 16th day of June, 2008.

        SCHENCK, PRICE, SMITH & KING, LLP

        /s/ John P. Campbell (JC-8746)_____
        John P. Campbell (JC-8746)
        305 Broadway, Suite 900
        New York, New York 10007
        (212) 822-1494
        *Attorneys for Defendant Hooper Evaluations, Inc., a/k/a D&D-Hooper Evaluations*