**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March , two thousand and ten,

---

Sundahl

v.

State Farm Mutual Automobile Insurance

**ORDER**

Docket Number:  09-2001-cv

---

A notice of appeal was filed on 05/08/2009.  Appellant`s Form C and  D were due 05/22/2010.  The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective 03/23/2010 if the forms are not filed by that date.

For the Court:
Catherine O`Hagan Wolfe, Clerk



Kevin  Ramos, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/10/2010**